WHEELER, Respondent, vs. CLARKE, Assignee, Appellant.

*May 22 — June 11, 1897.*

*Senour Mfg. Co. v. Clarke, ante,* p. 469, followed.

APPEAL from a judgment of the circuit court for Dane county: R. G. SIEBECKER, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Erdall & Swansen,* and oral argument by *John L. Erdall* and *Sam. T. Swansen.*

For the respondent there was a brief by *Lewis, Briggs & Dudgeon,* and oral argument by *H. M. Lewis* and *M. S. Dudgeon.*

MARSHALL, J. This appeal involves the same question presented in *Senour Mfg. Co. v. Clarke, ante,* p. 469, and is ruled by the decision in that case.

*By the Court.*— That part of the judgment of the circuit court appealed from is affirmed.